826

petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist*, and *Messrs. Claude R. Branch, Sewall Key, J. Louis Monarch, Clarence M. Charest*, and *Prew Savoy* for respondent.

No. 567. DENVER & SALT LAKE R. Co. *v.* BOARD OF COUNTY COMMISSIONERS OF ROUTT COUNTY; and No. 568. SAME *v.* BOARD OF COUNTY COMMISSIONERS OF MOFFAT COUNTY. March 9, 1931. Petition for writs of certiorari to the Supreme Court of Colorado denied. *Mr. Elmer L. Brock* for petitioner. *Mr. Thomas M. Woodward* for respondents.

No. 627. RANDALL ET AL. *v.* UNITED STATES. March 9, 1931. Petition for writ of certiorari to the Court of Claims denied. *Mr. M. Walton Hendry* for petitioners. *Solicitor General Thacher, Assistant Attorney General Rugg*, and *Messrs. Claude R. Branch* and *John E. Hoover* for the United States.

No. 697. FIELD & START, INC., *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. March 9, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Henry T. Dorrance* and *J. G. Korner, Jr.*, for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist*, and *Messrs. Claude R. Branch, Sewall Key, A. H. Conner, Clarence M. Charest*, and *Dewitt M. Evans* for respondent.

No. 700. MOFFETT ET AL., ADMINISTRATRICES, *v.* MOFFETT ET AL. March 9, 1931. Petition for writ of cer-